■ SUSAN BOGDAN, Appellant, v PEEKSKILL COMMUNITY HOSPITAL et al., Respondents. [622 NYS2d 469] —Appeal by the plaintiff from stated portions of an order of the Supreme Court, Westchester County (Ruskin, J.), entered July 13, 1992.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Ruskin at the Supreme Court. Mangano, P. J., Balletta, O'Brien and Hart, JJ., concur.